AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/12/08 |
| NAME OF SERVER (PRINT) Stacey Love | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 350 N. Ripley St. Montgomery, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/12/08__    __Stacey Love__
                Date                            Signature of Server

__2851 Zelda Rd Mtg, AL 36106__
Address of Server

RETURNED AND FILED

MAR 12

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

YUNG, JOHN ADRIAN, IV, individually and on behalf of all others similarly situated

V.

City of Montgomery, Alabama, and Murphy, Patrick J., as Administrator

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08-CV-170-WC

TO: (Name and address of Defendant)

PATRICK J. MURPHY
CITY ADMINISTRATOR
MONTGOMERY MUNICIPAL COURT
320 N. Ripley Street
Montgomery, Alabama 36101-1111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Doyle Fuller
Law Office of J. Doyle Fuller, PC
2851 Zelda Road
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

K. Ray
(By) DEPUTY CLERK

DATE   3/12/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/12/08 |
| NAME OF SERVER (PRINT) Stacey Love | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 103 N. Perry Street Montgomery, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/08
             Date                    Signature of Server

2851 Zelda Rd Montgomery, AL
Address of Server

**RETURNED AND FILED**

**MAR 12**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

YUNG, JOHN ADRIAN, IV, individually and on behalf of all others similarly situated

V.

City of Montgomery, Alabama, and Murphy, Patrick J., as Administrator

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-170-WC

TO: (Name and address of Defendant)

CITY OF MONTGOMERY, ALABAMA
℅ Brenda Gale Blalock
City Hall
103 N. Perry Street
Montgomery, Alabama 36101-1111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Doyle Fuller
Law Office of J. Doyle Fuller, PC
2851 Zelda Road
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

K. Kelly
(By) DEPUTY CLERK

3/12/2008

DATE