**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **JOHN ADRIAN YUNG, IV, individually** | ) | |
| **and on behalf of all others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CASE NO.: 2:08-CV-170-WC** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **CITY OF MONTGOMERY ALABAMA,** | ) | |
| **AND PATRICK J. MURPHY, as City** | ) | |
| **Administrator,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the City of Montgomery, Alabama and Patrick J. Murphy, City Administrator, make the following statement regarding parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.    As it relates to the City of Montgomery, the City states that it is a municipality located in the State of Alabama and its governing body is the Montgomery City Council.

2.    As it relates to Patrick J. Murphy, there are no entities to report.

Respectfully Submitted,

s/ Ramadanah M. Salaam-Jones
**H. LEWIS GILLIS (GIL011)**
**LATASHA A. MEADOWS (MEA020)**
**RAMADANAH M. SALAAM-JONES (SAL026)**

1

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama  36106
(334) 270-1033
(334) 260-9396 (fax)

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that a copy of the following has been served upon the following

by electronic filing and by placing a copy of same in the United States mail, postage

prepaid and properly addressed this the 3rd day of April, 2008.

                      J. Doyle Fuller
                      Law Office of J. Doyle Fuller, Esq.
                      2851 Zelda Road
                      Montgomery, Alabama  36106

                      <u>s/Ramadanah M. Salaam-Jones</u>
                      **OF COUNSEL**