IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

JOHN ADRIAN YUNG, IV,

    Plaintiff,

v.                       CASE NO. 2:08-CV-170-WC

CITY OF MONTGOMERY ALABAMA, ET AL,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __JOHN ADRIAN YUNG, IV__, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |

4/7/2008
Date

(Signature)
J. Doyle Fuller
(Counsel's Name)

John Adrian Yung, IV
Counsel for (print names of all parties)
2851 Zelda Road
Montgomery, AL 36106
Address, City, State Zip Code
334-270-0020
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, J. DOYLE FULLER, do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTRONIC MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th day of April 20 08 to:

H. Lewis Gillis

Latasha A. Meadows

Ramadanah M. Salaam-Jones

THOMAS, MEANS, GILLIS & SEAY, PC

P.O. Drawer 5058

Montgomery, AL 36106

4/7/2008
Date

Signature