**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                       TELEPHONE (334) 954-3600

April 22, 2008

# NOTICE OF REASSIGNMENT

RE:    Yung v. City of Montgomery, AL et al

      Civil Action No. 2:08cv170-WC

The above-styled case has been reassigned to District Judge Myron H. Thompson. Please note that the number case number will be 2:08cv170-MHT.

Sincerely,

Sheryl K. Lent
Deputy Clerk